**[J-16-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, : | 111 MAP 2014 |
| : | |
| Appellant : | |
| : | Appeal from the Order of the Superior |
| : | Court dated 1/15/14, reconsideration |
| v. : | denied 3/27/14 at No. 91 EDA 2013 |
| : | affirming the order of the Court of |
| : | Common Pleas of Monroe County, |
| TIFFANY LEE BARNES, : | Criminal Division, at No. CP-45-1473-2012 |
| : | dated 12/5/12 |
| Appellee : | |
| : | ARGUED: March 11, 2015 |

## ORDER

**PER CURIAM**                                    **DECIDED: August 25, 2015**

AND NOW, this 25th day of August, 2015, the Order of the Superior Court is AFFIRMED.

Mr. Justice Eakin files a dissenting statement in which Mr. Justice Stevens joins.

Mr. Justice Stevens files a dissenting statement.